**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: ROCK, BETTY ANNE § Case No. 12-81462
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $101,507.00                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,343.60      Claims Discharged
                                                Without Payment: $29,014.45

Total Expenses of Administration: $2,520.40

3) Total gross receipts of $ 9,864.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,864.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,520.40 | 2,520.40 | 2,520.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,995.00 | 9,331.05 | 9,331.05 | 7,343.60 |
| **TOTAL DISBURSEMENTS** | $35,995.00 | $11,851.45 | $11,851.45 | $9,864.00 |

4) This case was originally filed under Chapter 7 on April 13, 2012. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2012          By: /s/JAMES E. STEVENS
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance | 1129-000 | 9,864.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,864.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,736.40 | 1,736.40 | 1,736.40 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 684.00 | 684.00 | 684.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,520.40 | $2,520.40 | $2,520.40 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,968.00 | 9,331.05 | 9,331.05 | 7,343.60 |
| NOTFILED | Gecrb/HOME CLMATE-LENN | 7100-000 | 3,304.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 17,777.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 5,946.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $35,995.00 | $9,331.05 | $9,331.05 | $7,343.60 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81462  
**Case Name:** ROCK, BETTY ANNE  

**Period Ending:** 12/12/12  

**Trustee:**    (330420)    JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/13/12 (f)  
**§341(a) Meeting Date:** 05/21/12  
**Claims Bar Date:** 09/13/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Whole Life Insurance | 11,881.00 | 0.00 | | 9,864.00 | FA |
| 2 | Bllackhawk Bank checking account | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3 | Blackhawk Bank savings account | 5.00 | 5.00 | DA | 0.00 | FA |
| 4 | JP Morgan Chase Bank checking account | 5.00 | 5.00 | DA | 0.00 | FA |
| 5 | JP morgan Cahse Bank savings account | 5.00 | 5.00 | DA | 0.00 | FA |
| 6 | Household goods, etc. | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 7 | books, etc. | 75.00 | 75.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel | 100.00 | 100.00 | DA | 0.00 | FA |
| 9 | earrings, watch, etc. | 150.00 | 150.00 | DA | 0.00 | FA |
| 10 | pension with Employer | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | 2008 Kia Sportage | 11,417.00 | 11,417.00 | DA | 0.00 | FA |
| 12 | family pets/animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 4021 Calcutta Drive, Rockford, IL | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2 acres of vacant desert in Utah | 2,250.00 | 2,250.00 | DA | 0.00 | FA |
| **14** | **Assets    Totals** (Excluding unknown values) | **$113,388.00** | **$16,507.00** | | **$9,864.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 8, 2012        **Current Projected Date Of Final Report (TFR):**    October 8, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-81462 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | ROCK, BETTY ANNE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******90-66 - Checking Account |
| **Taxpayer ID #:** | **-***3334 | | **Blanket Bond:** | $178,000.00  (per case limit) |
| **Period Ending:** | 12/12/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/12 | {1} | Betty A. Rock | balance life insurance proceeds after deducting exemption | 1129-000 | 9,864.00 | | 9,864.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,839.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,814.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,789.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,764.00 |
| 11/21/12 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $684.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 684.00 | 9,080.00 |
| 11/21/12 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,736.40, Trustee Compensation;  Reference: | 2100-000 | | 1,736.40 | 7,343.60 |
| 11/21/12 | 103 | Discover Bank | Dividend paid  78.70% on $9,331.05; Claim# 1; Filed: $9,331.05; Reference: | 7100-000 | | 7,343.60 | 0.00 |

|  | ACCOUNT TOTALS | 9,864.00 | 9,864.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | Subtotal | 9,864.00 | 9,864.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $9,864.00 | $9,864.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******90-66** | 9,864.00 | 9,864.00 | 0.00 |
| | $9,864.00 | $9,864.00 | $0.00 |